# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | ) |
|  | ) Case No. 24-00416-ELG |
| CRACKED EGGERY INC, | ) Chapter 11, Subchapter V |
|  | ) |
| Debtor and Debtor-In-Possession. | ) |

## MOTION TO EXTEND TIME TO FILE SCHEDULES
## AND STATEMENTS OF FINANCIAL AFFAIRS

Cracked Eggery Inc, the above captioned Debtor and Debtor in possession (the "Debtor"), by counsel, respectfully files this Motion to Extend Time to File Schedules and Statement of Financial Affairs (the "Motion"), and in support thereof, states as follows:

### JURISDICTION

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409

2. The relief sought with this Motion is predicated upon sections 105(a) and 363(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et. seq. (the "Bankruptcy Code").

3. On December 5, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code.

4. No committee of unsecured creditors has been appointed.

5. Lawrence A. Katz has been appointed as subchapter V trustee.

### Relief Requested

Kevin R. Feig (D.C. Bar 460479)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
kfeig@mhlawyers.com
*Proposed Counsel for Cracked Eggery, Inc.*

6. Pursuant to 11 U.S.C. § 521(a)(1), a Chapter 11 debtor must file with the applicable court a schedule of all assets and liabilities and a statement of financial affairs (the "Schedules and Statements").

7. Bankruptcy Rule 1007(c) allows the debtor to file its Schedules and Statements within 14 days of the Petition Date but provides that the Court may extend the deadline to file such documents "for cause."

8. This case was filed on an expedited basis. The Debtor was not able to gather all necessary information prior to the bankruptcy being filed. Since the case was filed, undersigned counsel and the Debtor have been working on obtaining all required information to prepare the Debtor's schedules and statement of financial affairs but have not yet been able to complete them.

9. In order to protect the Debtor, given the progress that has been made, it is requested that the Court extend the time to file schedules to December 30, 2024. The meeting of creditors is scheduled for January 6, 2025 at 10:00 A.M.

## Conclusion

**WHEREFORE**, it is respectfully requested that the Court enter an order: (i) extending the deadline for the Debtor to file its Schedules and Statements through and including December 30, 2024; and (ii) granting the Debtor such other and further relief as this Court deems just and proper.

Dated: December 19, 2024              Respectfully submitted,

/s/ *Kevin R. Feig*
Kevin R. Feig (Bar No. 460479)
Janet M. Nesse (Bar No. 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

(301) 441-2420
kfeig@mhlawyers.com
jnesse@mhlawyers.com
*Proposed Counsel for Cracked Eggery, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this December 19, 2024, I caused a copy of the foregoing to be served by CM/ECF to all parties receiving notice thereby, including the U.S. Trustee, and via first-class mail, postage prepaid to the parties listed below:

Lawrence A. Katz , Subchapter V Trustee
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102

*/s/ Kevin R. Feig*
Kevin R. Feig