**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-00416-ELG |
| CRACKED EGGERY INC, ) | Chapter 11, Subchapter V |
| ) | |
| Debtor and Debtor-In-Possession. ) | |

**NOTICE TO CREDITORS SCHEDULED AS HOLDING DISPUTED, CONTINGENT,
OR UNLIQUIDATED CLAIMS**

Pursuant to Local Bankruptcy Rule 3003-1(b), NOTICE IS HEREBY GIVEN that the creditors listed on **Exhibit A** have been listed in the bankruptcy schedules of the above captioned debtor as holding a claim against the bankruptcy estate that is disputed, contingent and/or unliquidated. Despite the manner in which your claim has been scheduled, you have the right to file a proof of claim. **The deadline to file a proof of claim is February 13, 2025 (June 3, 2025 for governmental claims)** or 28 days after the date of mailing of this notice. **FAILURE TO FILE A PROOF OF CLAIM BEFORE THE DEADLINE MAY PREVENT YOU FROM VOTING ON A PLAN OF REORGANIZATION OR PARTICIPATING IN ANY DISTRIBUTION THEREUNDER**.

Dated: December 31, 2024                Respectfully submitted,

/s/ *Kevin R. Feig*
Kevin R. Feig (Bar No. 460479)
Janet M. Nesse (Bar No. 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
kfeig@mhlawyers.com
jnesse@mhlawyers.com
*Counsel for the Debtor and Debtor-In-Possession*

Kevin R. Feig (Bar No. 460479)
Janet M. Nesse (Bar No. 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
kfeig@mhlawyers.com
jnesse@mhlawyers.com
*Counsel for the Debtor and Debtor-In-Possession*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2024, I caused a copy of the foregoing to be served by CM/ECF to all parties receiving notice thereby, and via first-class mail, postage prepaid to the parties listed below:

Donald H. Patterson, III Revocable Trust
830 Chester Avenue
Annapolis, MD 21403

Peter J. Barrett, Esq.
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219

Jeremy S. Williams, Esq.
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219

Adolyn C. Wyatt, Esq.
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219

                                        */s/ Kevin R. Feig*
                                        Kevin R. Feig

## **EXHIBIT A**

Donald H. Patterson, III Revocable Trust
830 Chester Avenue
Annapolis, MD 21403